UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Sarah Tatro,   Civil No. 12cv01580 JNE/JJK

   Plaintiff,

v.   **ORDER**

Office of the Chief Counsel/ICE,

   Defendant.

_____

The above matter comes before the Court upon the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan dated August 23, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Application To Proceed In Forma Pauperis, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 19, 2012      s/Joan N. Ericksen
   JOAN N. ERICKSEN
   United States District Judge